FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELKIE KERMAN, a married woman,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a business entity,<br><br>　　　　　　　Defendant. | No. 2:23-CV-00221-SAB<br><br>**ORDER GRANTING MOTION TO DISMISS AND CLOSING FILE** |

　　　Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 10. Plaintiff is represented by Patrick B. Reddy. Plaintiff is represented by Thomas F. Webster. Defendant is represented by Thomas Lether. The motion was heard without oral argument.

　　　The parties move the Court to dismiss the above-mentioned matter with prejudice and without costs to either party. Being fully informed, the Court grants the motion and dismisses this action.

//

//

//

//

//

//

**ORDER GRANTING MOTION TO DISMISS AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 10, is **GRANTED**.

2. Pursuant to Local Civil Rule 41(a)(1)(B), the above-captioned action is **DISMISSED with prejudice** without costs or attorneys' fees to any party.

3. All pending motions are **DISMISSED as moot**.

4. The Jury Trial set for December 2, 2024, and all associated deadlines, are **STRICKEN**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 14th day of March 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO DISMISS AND CLOSING FILE # 2**